No. 127, Misc., October Term, 1945. RESCO *v.* RAGEN, WARDEN. October 14, 1946. 328 U. S. 824.

No. 122, October Term, 1945. FISHER *v.* UNITED STATES. October 14, 1946. 328 U. S. 463.

No. 274, October Term, 1945. ROBERTSON *v.* CALIFORNIA. October 14, 1946. 328 U. S. 440.

No. 510, October Term, 1945. KNAUER *v.* UNITED STATES. October 14, 1946. 328 U. S. 654.

No. 719, October Term, 1945. PINKERTON ET AL. *v.* UNITED STATES. October 14, 1946. 328 U. S. 640.